**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ANUEL ST. CLAIR, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| ) | NO. |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| GC SERVICES LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL
OF DEFENDANT GC SERVICES LIMITED PARTNERSHIP**

Defendant GC Services Limited Partnership ("GC Services"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, hereby gives notice of the removal to this Court of the case styled, *Anuel St. Clair v. GC Services Limited Partnership*, ("State Court Lawsuit "), filed in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE-21-014824 to the United States District Court for the Southern District of Florida. As grounds for removal, GC Services states as follows:

**Background**

1. On July 26, 2021, Plaintiff Anuel St. Clair ("Plaintiff") filed a Complaint in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. GC Services was served with a Summons and copy of the Complaint on or about July 28, 2021. A true and correct copy of the served summons is attached hereto as Exhibit 2.

3. The Complaint asserted claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

4. On August 16, 2021, Plaintiff Anuel St. Clair filed a First Amended Complaint. A true and correct copy of the First Amended Complaint is attached as Exhibit 3.

5. The First Amended Complaint reasserts claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

6. GC Services was served with copy of the First Amended Complaint on August 16, 2021. *See* copy of August 16, 2021 Email attached hereto as Exhibit 4.

## Federal Question Jurisdiction

7. This Court has original jurisdiction under 28 U.S.C. § 1331 as Plaintiff alleges violations of a claim or right arising under the laws of the United States. Specifically, Plaintiff's First Amended Complaint alleges violations of the FDCPA.

8. Therefore, this action is subject to removal pursuant to 28 U.S.C. §§ 1331 and 1441 at the request of GC Services, because Plaintiff's claims arise under the laws of the United States.

## Venue

9. Under 28 U.S.C. § 1441, the United States District Court for the Southern District of Florida is the proper venue for removal because this suit is pending in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, which lies within the United States District Court for the Southern District of Florida.

## Procedural Compliance

10. Removal of this action is timely. 28 U.S.C. § 1446(b)(1) provides, "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" This Notice of Removal is being filed

with the United States District Court for the Southern District of Florida within thirty (30) days after GC Services first received notice of the filing of the Complaint on July 28, 2021.

11. GC Services attaches to this Notice of Removal a copy of all process, pleadings, and other documents filed in the State Court Lawsuit hereto as follows:

   a. Exhibit 1 – Complaint – filed July 26, 2021.

   b. Exhibit 2 – Summons and Copy of Complaint – served July 28, 2021.

   c. Exhibit 3 – First Amended Complaint, Filed August 16, 2021

   d. Exhibit 4 – August 16, 2021 Email Serving the First Amended Complaint

   e. Exhibit 5 – Civil Cover Sheet, Filed July 26, 2021

   f. Exhibit 6 – Clerk's Certificate of Compliance; Filed July 27, 2021

   g. Exhibit 7 – Summons Returned Served for Complaint; Filed August 3, 2021

   h. Exhibit 8 – Broward County Clerk of Court's Case Detail for Case No.: CACE2104824

12. GC Services is serving contemporaneously with this filing a copy of this Notice of Removal upon Plaintiff. GC Services will also file with the Clerk for the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, a Notice of Filing of Notice of Removal, as required by 28 U.S.C. § 1446(d).

13. By filing a Notice of Removal in this matter, GC Services does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue. No admission of fact, law, or liability is intended by this Notice, and GC Services specifically reserves the right to assert any defenses and/or objections to which they may be entitled.

14. Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1332, and this action is properly removed to this Court.

WHEREFORE, GC Services Limited Partnership hereby gives notice that the above-captioned action is hereby removed to this Court.

Dated this 26th day of August, 2021.

                              Respectfully submitted,

                              */s/ Adam H. Settle*
                              Adam H. Settle, FL Bar No. 1026828
                              KAUFMAN DOLOWICH &
                               VOLUCK, LLP
                              Four Penn Center
                              1600 John F. Kennedy Blvd.,
                              Suite 1030
                              Philadelphia, PA 19103
                              Telephone: (215) 501-7002
                              Facsimile: (215) 405-2973
                              Email: asettle@kdvlaw.com

                              **ATTORNEYS FOR DEFENDANT, GC SERVICES LIMITED PARTNERSHIP**

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2021, a true and correct copy of the foregoing Notice of Removal was delivered by e-mail, upon the following:

Christopher Gold, Esquire
Scott Edelsberg, Esquire
Edelsberg Law, PA
20900 NE 30th Avenue., Ste. 417
Aventura, FL 33180

Shamis & Gentile, PA
Andrew J. Shamis
14 NE 1st Avenue, Ste. 705
Miami, FL 33132
*Counsel for Plaintiff*

                  /s/ *Adam H. Settle*
                  Adam H. Settle, FL Bar No. 1026828

4820-9799-4744, v. 1